IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:21-MJ-00098-HBK |
| Plaintiff, | ORDER OF RELEASE |
| v. | |
| KURT STEVEN THINER, | |
| Defendant. | |

The above named defendant was sentenced on August 31, 2022.

IT IS HEREBY ORDERED that the defendant SHALL BE RELEASED and shall report to the United States Federal Probation Office UPON RELEASE.

A certified Judgment and Commitment order to follow.

Dated:    August 31, 2022

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE