AO 245D-CAED (Rev. 09/2019) Sheet 1 - Judgment in a Criminal Case for Revocation

# UNITED STATES DISTRICT COURT
## Eastern District of California

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| **KURT STEVEN THINER** | Criminal Number: **1:21MJ00098-001** |
| | Defendant's Attorney: Griffin Estes, Assistant Federal Defender |

**THE DEFENDANT:**

[✓] admitted guilt to violation of charge(s)   1 and 2   as alleged in the violation petition filed on   8/10/2022  .

[ ] was found in violation of condition(s) of supervision as to charge(s) ___ after denial of guilt, as alleged in the violation petition filed on ___.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Date Violation Ended |
|---|---|---|
| Charge One | Unauthorized/Excessive Use Of Alcohol | 7/14/2022 |
| Charge Two | Unlawful Use Of A Controlled Substance | 7/11/2022 |

The court:   [✓] revokes:   [ ] modifies:   [ ] continues under same conditions of supervision heretofore ordered on   3/22/2022  .

The defendant is sentenced as provided in pages 2 through ___ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] Charge(s) ___ is/are dismissed.

**Any previously imposed criminal monetary penalties that remain unpaid shall remain in effect.**

It is ordered that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

8/31/2022
Date of Imposition of Sentence

*[signature: Helena M. Barch-Kuchta]*

Signature of Judicial Officer
**Helena M. Barch-Kuchta**, United States Magistrate Judge
Name & Title of Judicial Officer

9/15/2022
Date

AO 245B-CAED (Rev. 09/2019) Sheet 4 - Misdemeanor Probation

DEFENDANT: **KURT STEVEN THINER**  
CASE NUMBER: **1:21MJ00098-001**

Page 2 of 3

## PROBATION

The defendant is hereby sentenced to supervised probation for a term of:
24 months.

If this judgment imposes a fine, special assessment, processing fee or restitution, it is a condition of probation that Defendant pay in accordance with the Schedule of Payments sheet of this judgment.

While on probation, the defendant shall be subject to and must comply with the following conditions of probation:

## CONDITIONS OF PROBATION

1. The defendant's probation shall be supervised by the probation office.
2. The defendant is ordered to obey all federal, state, and local laws.
3. The defendant shall notify the court and, if represented by Counsel, your counsel of any change of address and contact number.
4. The defendant shall not drive a vehicle unless properly licensed and insured.
5. The defendant shall advise the court and Government Officer through Counsel, if represented, within seven days of being cited or arrested for any alleged violation of law.
6. The defendant shall abstain from the use of possession of alcohol and not frequent establishments where the primary business is sale of alcohol.
7. The defendant shall abstain from the use or possession of any controlled substance unless prescribed for defendant's use by a Licensed Medical Doctor who is advised in writing of this condition of probation. The defendant shall not frequent places where controlled substances are illegally sold, used, distributed or administered.
8. The defendant shall not operate a motor vehicle with any detectable amount of alcohol in defendant's system.
9. The defendant shall not refuse to or fail to complete a chemical test to determine blood alcohol content, if requested by a Law Enforcement Officer.
10. The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The Defendant shall submit to one alcohol/drug test daily until placement in an inpatient drug and alcohol treatment program as determined by the probation officer.

AO 245B-CAED (Rev. 09/2019) Sheet 4 - Probation

DEFENDANT: **KURT STEVEN THINER** Page 3 of 3
CASE NUMBER: **1:21MJ00098-001**

## SPECIAL CONDITIONS OF PROBATION

1. The defendant shall submit to the search of his person, property, home, and vehicle by a United States probation officer, or any other authorized person under the immediate and personal supervision of the probation officer, based upon reasonable suspicion, without a search warrant. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other residents that the premises may be subject to searches pursuant to this condition.

2. The defendant shall abstain from the use of alcoholic beverages and shall not frequent those places where alcohol is the chief item of sale.

3. The defendant shall reside and participate in an inpatient correctional treatment program to obtain assistance for drug and/or alcohol abuse, for a period of 90 days. The defendant is directed to report to the program on September 6, 2022.